UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-07-159-LRS |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION AND |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| KRISTY MARIE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

At the March 31, 2008, hearing on Defendant's Motion to Revisit Conditions of Pretrial Release, Defendant appeared with Assistant Federal Defender Amy Rubin; Assistant U.S. Attorney Aine Ahmed represented the United States.

The court has considered the proffers of Defendant and Plaintiff.

**IT IS ORDERED:**

1. Defendant's Motion **(Ct. Rec. 51)** is **GRANTED.** The Defendant's conditions of release are **MODIFIED** to the extent that Defendant shall post a $10,000 percentage bond ($1,000 cash), as well as a second $10,000 appearance bond to be co-signed by Defendant's fiancé.

All other conditions of the court's Order filed October 30, 2007, remain and shall constitute the additional conditions of Defendant's release.

DATED March 31, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND MODIFYING CONDITIONS OF RELEASE - 1