```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                Plaintiff, ) | No. CR-07-159-LRS |
| v. ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION AND MODIFYING CONDITIONS OF RELEASE |
| KRISTY MARIE DAVIS, ) | |
|                Defendant. ) | |

Pending before the court is Defendant Kristy Davis' Motion to Revisit Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Davis' Motion **(Ct. Rec. 69)** is **GRANTED**. Effective immediately, the condition of electronic monitoring shall be terminated. Ms. Davis shall have a curfew of 7:00 p.m until 7:00 a.m., unless approval has been granted by the United States Probation Office. Further, Ms. Davis shall be required to check in with the United States Probation Office as directed by the United States Probation Officer.

DATED May 28, 2008.


                         S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION AND MODIFYING
CONDITIONS OF RELEASE - 1