UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE CYNTHIA IMBROGNO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-07-159-LRS |
| vs. | ) | |
| KRISTY DAVIS, | ) | ORDER GRANTING UNOPPOSED MOTION TO MODIFY |
| Defendant. | ) | |

   Before the court is Defendant Kristy Davis' unopposed Motion to Modify Conditions of Pretrial Release.  In the interest of justice and for good cause shown,

   **IT IS ORDERED** the Motion **(Ct. Rec. 78)** is **GRANTED.**  Ms. Davis shall be permitted to travel to the Northern District of Idaho on Thursday, **July 24, 2008.**  She shall be permitted to stay out past her 7:00 p.m. curfew, but must return to her home in Spokane, Washington no later than **11:00 p.m.**

   DATED July 14, 2008.


                     S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE