UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE CYNTHIA IMBROGNO)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-07-159-LRS |
| vs. | ) |
|  | ) ORDER |
| KRISTY DAVIS, | ) |
| Defendant. | ) |

Pending before the Court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Davis' Motion is hereby **GRANTED**. Ms. Davis shall be permitted to travel to Seattle, Washington on Monday, January 5, 2009. She shall return from Seattle, Washington no later than Wednesday, January 7, 2009.

IT IS SO ORDERED.

DATED December 22, 2008.

                              s/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER

1