UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-159-LRS |
| Plaintiff, ) | |
| v. ) | ORDER DIRECTING CLERK TO DISBURSE FUNDS |
| KRISTY MARIE DAVIS, ) | |
| Defendant. ) | |

A percentage bond with a cash deposit in the amount of ONE THOUSAND AND NO/100 DOLLARS ($1,000.00) was posted in this matter on March 31, 2008. By Order filed February 18, 2009, the percentage bond was exonerated and the Defendant was directed to post an unsecured appearance bond. Accordingly,

The Clerk of the Court is directed to disburse the $1,000.00 cash deposit to as follows:

Marc A. George

**IT IS SO ORDERED.**

DATED February 19, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DIRECTING CLERK TO DISBURSE FUNDS - 1