```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
                  (HONORABLE CYNTHIA IMBROGNO)
```

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )   CR-07-159-LRS
                                )
        vs.                     )
                                )   *Unapproved*
                                )   ORDER
KRISTY DAVIS,                   )
                                )   -- ACTION REQUIRED
                    Defendant.  )   BY MS. DAVIS --
_____)

Pending before the Court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Davis' Motion is hereby **GRANTED**. Ms. Davis shall be permitted to travel to Seattle, Washington April 3 through April 6, 2009 and to Missoula, Montana from April 17 to April 20, 2009, *provided however, Ms. Davis shall provide contact and all other relevant information prior to travel to her Pretrial Services Officer*.

So Ordered this 27 day of ~~December~~ MARCH, ~~2008~~ 2009.

_____
CYNTHIA IMBROGNO
United States Magistrate Judge

PROPOSED ORDER

1