```
                     UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )    CR-07-159-LRS
                              )
     vs.                      )
                              )
                              )    ORDER GRANTING MOTION
KRISTY DAVIS,                 )    TO MODIFY
                              )
              Defendant.      )
_____)
```

Pending before the court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release. For good cause shown, Ms. Davis' Motion **(Ct. Rec. 122)** is **GRANTED**. Ms. Davis shall be permitted to travel to Richmond, California, from May 25 through May 31, 2009. She shall return from Richmond, California no later than Sunday, May 31, 2009.

DATED April 27, 2009.

```
                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE
```

ORDER - 1