UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-07-159-LRS |
| ) | |
| vs. ) | |
| ) | |
| ) | ORDER GRANTING MOTION |
| KRISTY DAVIS, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Davis' Motion **(Ct. Rec. 128)** is **GRANTED**. Ms. Davis shall be permitted to travel to the Coeur d'Alene area from July 9 through July 12, 2009. She shall return no later than Sunday, July 12, 2009. All travel plans shall be provided to United States Probation Officer Kennicutt prior to traveling.

DATED June 29, 2009.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION
1