```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )    No. CR-07-159-LRS
               Plaintiff,        )
                                 )    ORDER GRANTING DEFENDANT'S
v.                               )    UNOPPOSED MOTION TO MODIFY
                                 )
KRISTY MARIE DAVIS,              )
                                 )
               Defendant.        )
                                 )
```

Pending before the court is Defendant Kristy Davis' unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Ms. Davis' Motion **(Ct. Rec. 132)** is **GRANTED**. Ms. Davis shall be permitted to travel to the Athol, Idaho, area from August 28 through August 30, 2009. All travel plans will be provided to United States Probation Officer Kennicutt prior to traveling.

DATED August 10, 2009.


                              S/ CYNTHIA IMBROGNO
                           UNITED STATES MAGISTRATE JUDGE












ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
AND MODIFYING BOND REQUIREMENTS - 1