UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-07-159-LRS |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| KRISTY DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release.  In the interest of justice and for good cause shown, Ms. Davis' Motion is hereby **GRANTED**. Ms. Davis shall be permitted to travel on the following dates:

October 16 - October 19 - Seattle, WA

October 28 - November 2 (approximate dates) - Boise, ID

November 19 - November 23 (approximate dates) - Boise, ID

November 24 - November 30 (approximate dates) - Montana

All travel plans will be provided to United States Probation Officer Kennicutt.

So Ordered this 16th day of October, 2009.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Chief U. S. District Judge

ORDER

1