UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KRISTY DAVIS,<br><br>    Defendant. | CR-07-159-LRS<br><br>ORDER |

Pending before the Court is Defendant Kristy Davis' Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Davis' Motion is hereby **GRANTED**. Ms. Davis shall be permitted to travel on the following dates:

November 3 - November 13 (approximate dates) - Seattle, WA.

All travel plans will be provided to United States Probation Officer Kennicutt in advance.

DATED this 29th day of October, 2009.


*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief U. S. District Court Judge

ORDER - 1